# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**CORE CONSTRUCTION SERVICES SOUTHEAST, INC.,**

    **Plaintiff,**

**v.**                                                   **Case No:   6:13-cv-723-Orl-31KRS**

**AMERISURE INSURANCE COMPANY,**

    **Defendant.**

## ORDER

Based on consideration of: Defendant Amerisure Insruance Company's ("Amerisure") Motion to Enforce the Settlement Agreement (Doc. 171) ("Motion"),[1] Core Construction Services, Southeast, Inc.'s ("Core") Response in Opposition (Doc. 172), Amerisure's Reply in Support of the Motion (Doc. 175), and an evidentiary hearing held May 15, 2015, the Court finds as follows:

The attorney's fees provision in § 16.2 of the proposed settlement agreement discussed through e-mail correspondence between the parties' counsel (Docs. 171-1 – 171-6) was an essential element of the agreement. There was no meeting of the minds nor explicit acceptance of an offer including that term. Thus, the settlement agreement is not enforceable.

---

[1] The Motion also included a request that the Court extend its deadline to reopen the case to address settlement disputes. The Court's January 28, 2015 Order dismissing the case without prejudice included a sixty (60) day retention of jurisdiction to address settlement disputes or other matters. (Doc. 170). The sixty days expired March 29, 2015, and the Motion was timely filed on March 24, 2015.

Therefore, it is

**ORDERED** that Amerisure's Motion to Enforce the Settlement Agreement (Doc. 171) is **DENIED**, the Order dismissing the case (Doc. 170) is **VACATED**, and the case will be set for trial on May 26, 2015.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on May 15, 2015.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party